FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

MAY 28 2026

GARY P. SERDAR
CLERK OF COURT

BY

DEPUTY CLERK



# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:26-CR-00114 |
| vs. | **PROTECTIVE ORDER** |
| LAWRENCE LUTE VIGIL, | Magistrate Judge Dustin B. Pead |
| Defendant. | |

The Court, having considered the stipulated motion for a protective order filed by the United States and for good cause showing, hereby makes the following findings:

This case was initiated by indictment on April 15, 2026. (ECF No. 1). The defendant is alleged to have unlawfully possessed a firearm as a convicted felon. The defendant appeared before United States Magistrate Judge Dustin B. Pead on May 28, 2026, and the United States was ordered to produce discovery by June 11, 2026.

Discovery in this case includes reports and documents which contain the personal identifying information of others, including names, identifiers, photographs, videos, and contact information. Because redaction of this information can be onerous and is often not easily executed in some mediums (such as body worn camera videos), discovery will be provided without redactions.

To protect this information while balancing the United States' discovery obligations pursuant to *Brady*, Rule 16 of the Federal Rules of Criminal Procedure, and all other governing rules and statutes, the United States seeks to produce discovery material pursuant to a protective order. Such protective order will serve to prevent the unauthorized dissemination, distribution, or use of material containing personal identifying information.

Counsel for the defendant, ~~Tessa Hansen~~, has stipulated to the entry of a protective order with the following provisions. Should modification of the order become necessary, the parties will make reasonable efforts to submit a stipulated amended order.

Accordingly, pursuant to the court's authority under Rule 16(d)(1) of the Federal Rules of Criminal Procedure, the court hereby **ORDERS** the following:

1.      **Limited Use**: discovery material produced by the United States is solely for the use of the defendant, his respective attorney, and other individuals or entities acting within the attorney-client relationship to prepare for trial in the criminal case before the court. Discovery material disclosed pursuant to this order shall not be used for any other purpose or proceeding, including any attempts to influence or harass witnesses.

2.      **Third Party Disclosure Prohibited**: discovery material produced by the United States shall not be provided, disclosed, or otherwise made available to any person or entity other than individuals described below. The defendant is further prohibited from providing, disclosing, or making available personal identifying information derived from

2

unredacted discovery material to any other person or entity through any means, including oral disclosure.

3. **Authorized Disclosure**: discovery material may be disclosed to the defendant, his respective attorney, and other individuals acting within the scope of the attorney-client relationship in connection with the preparation of the criminal case, such as co-counsel, legal assistants, paralegals, investigators, experts, etc.

4. **Reasonable Compliance**: counsel for the defendant is responsible for employing reasonable measures to control duplication of, and access to, discovery materials. Such measures include, but are not limited to, providing a copy of this order to any authorized recipient of discovery material and notifying the recipient they are subject to the terms of this order.

5. **Enforcement**: a knowing and willful violation of this order may result in a contempt proceeding or other sanction.

6. **Continuing Jurisdiction**: the provisions of this order governing use and disclosure of discovery material shall not terminate at the conclusion of the criminal prosecution.

DATED this 28 day of May, 2026.

BY THE COURT:

_____
DUSTIN B. PEAD
United States Magistrate Judge

3